# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR TELLEZ, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>OTG INTERACTIVE, LLC (n/k/a FLO )<br>SOLUTIONS, LLC, OTG MANGEMEMENT, )<br>INC., RICK BLATSTEIN (a/k/a) ERIC J. )<br>BLATSTEIN, and OTG MANGEMENT, LLC, )<br>)<br>**Defendants.** )<br>) | CIVIL ACTION<br><br>No. 15-8984-KHV |

## JUDGMENT

This matter having been decided in favor of plaintiff, OMAR TELLEZ, on his claim of breach of contract against the defendants, OTG INTERACTIVE, LLC (n/k/a) FLO SOLUTIONS, LLC, OTG MANAGEMENT, INC., and OTG MANAGEMENT, LLC, by a jury verdict on November 15, 2019, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that plaintiff OMAR TELLEZ is awarded judgment against and does recover of defendants OTG INTERACTIVE, LLC (n/k/a) FLO SOLUTIONS, LLC, OTG MANAGEMENT, INC., and OTG MANAGEMENT, LLC the sum of $469,476.00 plus interest at 9% per annum from November 4, 2014 until the date of Judgment in the amount of $213,463.66, amounting in all to $682,939.66, and that Plaintiff has execution therefore.

Dated: November 27, 2019

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
