IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR TELLEZ, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> OTG INTERACTIVE, LLC, et al., ) <br> ) <br> **Defendants.** ) <br> ) | CIVIL ACTION <br><br> No. 15-cv-8984 |

## **ORDER**

The retrial of this action previously set for March 16, 2020 is **adjourned** to June 8, 2020 in a courtroom to be determined of the Daniel Patrick Moynihan Courthouse in Foley Square before Visiting Judge Kathryn H. Vratil.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge