IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR TELLEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 15-cv-8984 |
| OTG INTERACTIVE, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Based on the Memorandum And Order (Doc. #135) filed February 12, 2020 which sustained in part Defendants' Notice Of Motion For Post-Trial Relief Under Rules 50 and 59 Of The Federal Rules Of Civil Procedure (Doc. #127) filed December 24, 2019, the Judgment (Doc. #122) filed December 2, 2019 is **VACATED**.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2020 at Kansas City, Kansas.

> s/ Kathryn H. Vratil
> KATHRYN H. VRATIL
> United States District Judge