# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR TELLEZ, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 15-8984-KHV |
| OTG INTERACTIVE, LLC, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

The retrial of this action previously set for June 8, 2020 is **adjourned** to a date to be set by further order of the court.

**IT IS SO ORDERED**.

Dated this 12th day of May, 2020.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
