IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR TELLEZ, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>OTG INTERACTIVE, LLC, et al., )<br>)<br>**Defendants.** )<br>_____ ) | **CIVIL ACTION**<br><br>No. 15-cv-8984 |

## ORDER

The retrial of this action is now set for <u>November 15, 2021</u> in a courtroom to be determined of the Daniel Patrick Moynihan Courthouse in Foley Square before Visiting Judge Kathryn H. Vratil.  More details to come closer to trial.

**IT IS SO ORDERED.**

Dated this 12th day of February, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Judge