**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

OMAR TELLEZ,                                )
                                            )
                 **Plaintiff,**             )
                                            )          **CIVIL ACTION**
v.                                          )
                                            )          **No. 15-cv-8984**
OTG INTERACTIVE, LLC, et al.,               )
                                            )
                 **Defendants.**            )
                                            )
_____ )

## ORDER

The Court sets a telephonic status conference in this case for September 7, 2021 at 3 PM.

Parties are to call (888) 363-4749 and enter access code 1654737 to join the conference.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2021 at Kansas City, Kansas.

                          s/ Kathryn H. Vratil
                          KATHRYN H. VRATIL
                          United States District Judge

1