IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR TELLEZ, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 15-cv-8984 |
| OTG INTERACTIVE, LLC, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

At the agreement of all parties, the Court **resets** the telephonic status conference in this case to **September 1, 2021 at 3:30 PM**. Parties are to call (888) 363-4749 and enter access code 1654737 to join the conference.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

1