IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR TELLEZ,               )<br>                                          )<br>           **Plaintiff,**        )<br>                                          )             CIVIL ACTION<br>v.                                       )<br>                                          )             No. 15-cv-8984<br>OTG INTERACTIVE, LLC, et al., )<br>                                          )<br>           **Defendants.**   )<br>                                          ) | |

### ORDER

At the agreement of all parties, the Court **resets** the telephonic status conference in this case to **October 8, 2021 at 11:30 AM**.  Parties are to call (888) 363-4749 and enter access code 1654737 to join the conference.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

1