IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OMAR TELLEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 15-cv-8984 |
| OTG INTERACTIVE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

On November 2, 2021, the parties informed the Court that they have resolved this matter. By **5:00 p.m. on Friday, November 12, 2021**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time, the parties should be ready to proceed with trial as scheduled on November 15, 2021. Due to the age of the case and the difficulty in procuring a set trial date, no extensions of this deadline will be granted. The Court cannot imagine insurmountable obstacles to cutting checks and executing settlement documents before that date.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

1